UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE TAYLOR,

    Plaintiff,

v.                                      Case No. 1:06-cv-898

                                          Hon. Wendell A. Miles

JOHN PRELESNIK,

    Defendant.
_____/

ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Plaintiff, who is presently incarcerated at the Ionia Maximum Correctional Facility, brought this case under 42 U.S.C. § 1983.  On May 23, 2008, the court adopted the Magistrate Judge's report and recommendation and granted Defendant's Motion for Summary Judgment (docket #41), and the case was closed.  Plaintiff subsequently filed a motion for summary judgment.

As defendant has been granted summary judgment and the case is closed, the court DENIES Plaintiff's motion for summary judgment (docket #42).

So ordered this 14th day of October, 2008.

                                                     /s/ Wendell A. Miles
                                                     Wendell A. Miles
                                                      Senior U.S. District Judge